# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Ruben Sanchez
_____,

**Plaintiff(s),**

vs.

U.S. Ill Cook Chicago
Judge Lawers cop Union.

**Defendant(s).**



**RECEIVED**

SEP 18 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:18-cv-06356
Judge Edmond E. Chang
Magistrate Judge Jeffrey T. Gilbert

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Ruben Sanchez _____.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

12 pages

1

4. Defendant, _U.S., ILL State, Cook County, and Chicago_, is
   (name, badge number if known)

   ☒ an officer or official employed by _Judge Lawers_ ;
   (department or agency of government)
   _____ or

   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _Cook_. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _5/15/2010 - 9/18/2018_, at approximately _____ ☐ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _____
   _Chicago_, in the County of _Cook_,
   State of Illinois, at _____,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☒ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other:
   _____
   _____

2

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): _____

8. Plaintiff was charged with one or more crimes, specifically:
Case NO 3613666 No 10CR 15041 No 15op 76004 Same Trans No 15op 72522
NO 15MC1 216205 No 16cp043296 NO 16 MC1 196386
NO 16cp088288

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☒ are still pending. Oct 26 2018 # 3613666-70

   ☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows With held Evadents, Destroad Evadents Lid too Jurys all to protect one of.

   ☐ Other: there own

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Judges Lawers and cops abused Power to move Case to there opinun not the truth all to protect there cru and then to coured Behind IMMUNITY

When in fact Thay are in volliton of the RECO satchut

11. Defendant acted knowingly, intentionally, willfully and maliciously. yes

12. As a result of defendant's conduct, plaintiff was injured as follows:

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Ruben Sanchez*

Plaintiff's name *(print clearly or type)*: Ruben Sanchez

Plaintiff's mailing address: 9380 S Kreiter

City Chicago  State IL  ZIP 60617

Plaintiff's telephone number: (312) 909 8612

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

_____

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

    *If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

Page 6 after Orignol Fed case 12 06347.
15op76004=15op 72522 judge let Conplanting withness take Francis Shirk out of her home with out odering to court withmess cought in liys
15op 76004 ={15 MCI 216205 Case Dismissal in open Court I say: He took a 75 year old: if I don't get it on the record --- :Judge shut up: Thay Kidnapped a woman I was the Defendent I hand deliverd transcripet to Chif Judge Ruben Castale ofice Room 2548 and a wight shirt oficer from 4 District call him Mr musals this case Judge allso order Sikrepert same Doter as in case 10cr 15041 said fit with meds This time says fit with out meds Thay took Francis from Home Begain April Never Broght Back she sololy oned Bilding

16 MCI 196386 took My Bick from Alfonzo Cazares tride Hang his self in Jail gave to some else By police Had to find Bick my self case Dismissed

16 cp 088288 ask for vidio tap refused Case Dismissed

6

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ruben Sanchez

Plaintiff(s),

vs.

U.S., ILL, Cook, Chicago, Judges, Lawers, cop, ~~to~~ ~~to~~ cop Ununs

Defendant(s).

ILL Supreme Cort # 11-9021
" Appel Court  11-0900
12-2354
12-2534
13-0369
Case No. Fed
12-06347 → 16-3546
County Cook 15 op 72520
72522
15 MC1 216205
16 MC1 196386
16 CP 088288

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

This case is about Judges turning there Backs on truth, alowing Evadenls to be dstroed, in a atemp to protect there cru  then thay cowerd under the IMMUNITY claus

In fact thay fall under the Reco stauget of the head of organise crime Because so many Judges are invovled and the Evadents of there axtion is so delibret thay should Be removed from power with out pention and charged

page 7

under the Reco stajut these are truly Evil pepol

**1** This conduct gos all the way up to the US Supreme Court Door where on May 21, 2018 Scott S. Harris (clerk) denied my case. That thay recived stamped Apr 19 2018 office of the Clerk wrighting post marked April 17 2018. Saying i filed one day late This was after i sent a form post marked April 24 2018 Showing 1040.com TaxGuide 2018 Federal Legal Holidays April 16 District of Colomdia Emancipation Day case # 17M120 = USCA7 # 16-3546

**2** Rayiner Hashem was apointed by Judge Edmond E. Chang. Rayiner Hashem in turned for a Judge. and said he would quit Befor he would adress The origrol Complaint and did after 7circuit Judge Manion Roat apinun Rayiner Hashem also said he would BE Repamand if he did

**3** Court of Appeals Seventh Circuit Judge Manion in wrighting ignord the Facts and

page 8

roat a vergen to protect his/her cru Police Report shows Pairamedic was not truthfol in Phto. show Damage to Body even thow state gave fogy Pictur with all Documents Judge Manion wrighting is bad NO Jury has Every seen Page 5 of the police REPORT and NO Jury has ever seen Oficer MURPHY Garcias Partner. In a Depashion Murphy said I DO NOT RECaLL more then 60 times. Manion wrights that thay could talk abot DUI conviction BUT Pose not say I could not Talk about Garcia Shoting a man and Pay out 500,000 in front of Judge Amy J. St. Eve Case # 14-03120 Doc 102 Filed 3-3-2015 When helped up I never Fell Back to The flore and no vido tape will ever show that That is Y Judge let them dstroy Eveadents Letter Dated July 18 2014 Jason Marx

4
                                                  Fed

Judge Edmond E. Chang Gutted orignal

Page 9

Complaint and Refused to Look at Bad axtion of Pepole Respondsbol for Looking for FACT and TRUTH sitting IMMUNITY CLAWS. Could not talk of city and state Lawers Destrowing Evadents thay Destrowed Van 11-23-2010 2months Befor Lower Court trile in front of Judge Thomas M Davy. Could not speek of letter saying Dstrowed Vidio and Autio July 18 2014, Could not talk of Davy Refuseing to Give me Desovare in Lower court trile where Police Repourt and Vidio, Raide disspach was NOT Showen to the Jury in lower court Page 5 Police Report. Could not talk But 30 secants about Mosif stumick truma. LAST oppration Oct 15 2009 Released from Hospatal Nov 3 2009 with order to lay in bed 6 monuths Was not Abole to show Jury in Chang court where Garcia Shot Man from Behind and partners lidy case # 14-03120 and paid out $500,000 Doc #102 Filed 3-3-2015 NOW

Page 10

Because in CHANG court Room on July 15 2015 Pre trial Thay Said ALL Police report was NOT there. I went home and started Look for Report I fount Page 5 of that report my Self At trial in a side Bar in front of the Jury the Judge chang seen page 5 said the Jury could NOT See it and Look that same Jury in the face and said thay had to beleave I was farly convic-ed in Davy's Court. Davy never let me see police report and that Jury was never Shone that Report. Manion wrights about appell #11.900 was Doun By Public Defender and amung outher things Dose not mention Dec 17 2010 court Date at all or Page 5 of police report In ILL Supreme Court # 119021 Dec 21 2015 {I allso mention that Davy was farst to Reopen a case # 1-140420 Opinion Third Division Nov 18 2015} WHAT makes This case wers #is Dec 17 2010 Davy Said sik re val Dec 21 2010

Page 11

Sik change Drug ⇒ I DO NOT take sik MEDs ON Jan 25 2011 Davy Dose not ask me if i want to testafi P D Has Knolage that I Do But says No. FEB 8 2011 I pass out hit and cut Head Sik says giveing to much Drug cuts Drug in ½. Judge Davy has Left the Bench I Beleave with pention & citicin should not have to pay taxs for that Thugs

6

to the Date Filed Case no.# 3613666 has Ben ORDER June 29 2017 and transcripe Show ABUse By Sitting Judge {Sentenzing Was Chife Judge. JAGIELSKI} {Deserting ——— Judge Kennedy

NEXT COURT DATE

Oct 26 2018 Brig view

Judge Havis ABusuf treaths

Page 12